UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
IN THE MATTER OF THE COMPLAINT,

Of

MILLER'S LAUNCH, INC., as owner of the
"MARK MILLER", a 1991, 40-foot motor
vessel, for Exoneration From or Limitation Of
Liability,

Petitioner.

Civil Action No.: 11 cv 2864

**NOTICE OF VOLUNTARY DISMISSAL**

 

**PLEASE TAKE NOTICE** that Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner

Miller's Launch, Inc., hereby voluntarily dismisses the above-captioned action.

Respectfully submitted,

RUBIN, FIORELLA & FRIEDMAN LLP
*Attorneys for Petitioner*
*Miller's Launch, Inc.*


By:___s/ Keith A. Brady_____
    292 Madison Avenue
    New York, New York 10017
    Tel: (212) 953-2381
    E-mail: kbrady@rubinfiorella.com